IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Plaintiff,<br><br>v.<br><br>PEIR WANGNAR, an individual,<br><br>    Defendant. | Civil Action 7:12-CV-51 (HL) |

**TEMPORARY RESTRAINING ORDER**

The United States Department of Agriculture ("USDA") has presented an Application for a Temporary Restraining Order and has provided support for this Application with four declarations by USDA employees. This evidence has been considered and the Court makes the following findings of fact:

1. Peir Wangnar, a former Agricultural Research Service ("ARS") employee came to the ARS Office in Tifton, Georgia on April 6, 2012, and threatened to kill himself by shooting and burning. It was later discovered that in his car, he had a gun and gasoline.

2. Mr. Wangnar's threats were made and witnessed by employees of the ARS, and Mr. Wangnar's actions appeared alarming and dangerous to those employees.

3. Mr. Wangnar was arrested, detained for psychiatric evaluation between April 6 and April 12, and later returned to Tifton, Georgia on April 12, 2012. Since that time he has made telephone contact with the Tifton Office.

4. On April 24, 2012, Mr. Wangnar appeared in Macon, Georgia at the offices of the Federal Office of Personnel Management on Eisenhower Parkway to request information.

5. Mr. Wangnar's present whereabouts are unknown.

Based upon the foregoing facts, the Court concludes that Mr. Wangnar is potentially dangerous and disruptive to the staff in ARS offices and therefore, he should be restrained from going to such offices. Mr. Wangnar is ordered to stay at least one mile away from the office locations listed, and is further ordered to cease telephone contact with them:  2316 Rainwater Road, P.O. Box 748, Tifton, Georgia; 21 Dunbar Road, Byron, Georgia, 31008; 1011 Forrester Drive SE, P.O. Box 509, Dawson, Georgia, 39842; Griffin Campus of the University of Georgia, College of Agricultural and Environmental Sciences, 1109 Experiment Street, Griffin, Georgia, 30223; Southeast Poultry Research Laboratory, 934 College Station Road, Athens, Georgia, 30605; and 1420 Experiment Station Road, Watkinsville, Georgia, 30605.

Further, if Mr. Wangnar attempts entry or contact at an ARS office, he shall be served or handed a copy of this Temporary Restraining Order so he can know of its existence. He shall immediately leave or be taken away from such location, upon pain of potential contempt citation for failure to do so. Should he be served

with this Order, Mr. Wangnar shall have the right to apply to this Court for a hearing under the provisions of Rule 65(b)(3) of the Federal Rules of Civil Procedure.

This Order shall remain in effect for fourteen days and shall be extended for an additional fourteen days. Thus, this Order will expire on Wednesday, May 23, 2012, unless or until Mr. Wangnar requests a hearing before then. A preliminary hearing may be then conducted as the facts and circumstances require.

**SO ORDERED**, this 30th day of April, 2012.

*s/Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr